No. D-2070. IN RE DISBARMENT OF CONLON. Disbarment entered. [For earlier order herein, see *ante*, p. 1096.]

No. D-2077. IN RE DISBARMENT OF ARNOPOLE. David Lester Arnopole, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2078. IN RE DISBARMENT OF PISANO. Charles J. Pisano, of Tempe, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2079. IN RE DISBARMENT OF QUAINTANCE. Charles Lee Quaintance, of Highland Falls, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2080. IN RE DISBARMENT OF O'GRADY. John Joseph O'Grady, of Kew Gardens, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M-72. LORENZ *v.* VIRGINIA ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 98-1446. S & R COMPANY OF KINGSTON ET AL. *v.* LATONA TRUCKING, INC. C. A. 2d Cir. Joint motion to defer consideration of petition for writ of certiorari granted.

No. 98-1628. SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT *v.* DAWAVENDEWA. C. A. 9th Cir.; and

No. 98-8327. DOMINGUES *v.* NEVADA. Sup. Ct. Nev. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 98-8609. IN RE RICHARDS. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1062] denied.